NO. 26-3298

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ALBERTO TRUJILLO,

Petitioner-Appellant,

v.

TODD BLANCHE, ET AL.,

Respondents-Appellees.

Appeal from the United States District Court
for the Northern District of Ohio
No. 3:26-CV-00549

RESPONDENTS-APPELLEES' MOTION TO REMAND
TO THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

WHEREAS Petitioner-Appellant appeals the district court's March 9, 2026,

decision that denied the relief requested in Petitioner-Appellant's habeas petition,

which argued that he is not subject to mandatory detention under 8 U.S.C.

§ 1225(b) but instead entitled to a bond hearing under 8 U.S.C. § 1226(a);

WHEREAS on May 11, 2026, this Court decided *Lopez-Campos, et al. v.*

*Raycraft, et. al.*, 175 F.4th 713 (6th Cir. 2026), holding that aliens who are

1

"applicants for admission" are not necessarily "seeking admission" and therefore not subject to mandatory detention under 8 U.S.C. § 1225(b); rather, they are detained under 8 U.S.C. § 1226(a) and entitled to a bond hearing.

Accordingly, Respondents-Appellees respectfully move the Court:

1. To remand this appeal to the district court for further proceedings not inconsistent with *Lopez-Campos, et al. v. Raycraft, et. al.*, 175 F.4th 713 (6th Cir. 2026). In so moving, Respondents-Appellees respectfully provide as follows:

2. The Government does not make any representation or admission concerning Petitioner-Appellant's eligibility to be released from detention on bond or otherwise.

WHEREFORE the Court should remand this matter to the district court for further proceedings not inconsistent with *Lopez-Campos, et al. v. Raycraft, et al.*, 175 F.4th 713 (6th Cir. 2026).

DAVID TOEPFER
United States Attorney
Northern District of Ohio

By:     Karen E. Swanson Haan
Assistant United States Attorney
Carl B. Stokes United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
Telephone: (216) 622-3851

Attorney for Respondents-Appellees

## CERTIFICATE OF COMPLIANCE AND SERVICE

I certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) and Fed. R. App. P. 32(g) because it has been prepared in proportionally spaced typeface using Microsoft Word, printed in 14-point Times New Roman font, and, as measured by the word processing program used to prepare the document, does not exceed 292 words, excluding the parts exempted by Fed. R. App. P. 27(a)(2)(B) and 32(f).

I further certify that on June 11, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate electronic filing system. All participants in the case who are registered electronic-filing users will be served by the ACMS system.

/s/ Karen E. Swanson Haan
Karen E. Swanson Haan
Assistant United States Attorney
Carl B. Stokes United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
Telephone: (216) 622-3851