Patrick Sean Barnacle
Barnacle Law Firm LLC
1520 Old Henderson Road, Suite 100B
Columbus, OH 43220
(614) 233-1176
lawyer@barnaclelaw.com

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
### On Appeal From
### Northern District of Ohio at Toledo

| | | |
|---|---|---|
| **ALBERTO ARELLANO TRUJILLO,** | ) | |
| | ) | **Appeal No. 26-3298** |
| Petitioner-Appelant**,** | ) | |
| | ) | **APPELLANT'S** |
| **v.** | ) | |
| | ) | **REPLY to APPELLEES'** |
| **TODD W. BLANCHE,** Acting U.S. | ) | |
| Attorney General**; DENNIS SULLIVAN** , | ) | **MOTION TO REMAND** |
| Executive Director of Corrections Center of | ) | |
| Northwest Ohio; **KEVIN RAYCRAFT,** | ) | |
| U.S Immigration and Customs Enforcement | ) | |
| Director of Detroit Field Office; | ) | |
| **MARKWAYNE MULLIN**, Secretary, U.S. | ) | |
| Department of Homeland Security, in their | ) | |
| official capacities, Respondents-Appellees. | ) | |
| | ) | |
| Respondents-Appellees. | ) | |
| _____ | ) | |

Petitioner-Appellant, Alberto Arellano Trujillo hereby joins and does not oppose Respondent-Appellees' motion to remand.

Respectfully submitted this 18th day of June, 2026,

s/ Patrick Sean Barnacle
Attorney for Petitioner
1520 Old Henderson Rd Suite 100B
Columbus, OH 43220
lawyer@barnaclelaw.com

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this brief complies with the word-count limits of Fed. R. App. P. 32(a)(7)(B) because it contains fewer than 100 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f).

Respectfully submitted this 18th day of June, 2026,

s/ Patrick Sean Barnacle
Attorney for Petitioner
1520 Old Henderson Rd Suite 100B
Columbus, OH 43220

lawyer@barnaclelaw.com

**CERTIFICATE OF COUNSEL**

I hereby certify that I am the attorney for the Appellant-Petitioner, Alberto Arellano-Truillo and am Authorized to act on his behalf.

/s/ Patrick Sean Barnacle

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, I electronically filed the foregoing reply to a motion with the Clerk of Court for the United States Court of Appeals for the Sixth Circuit by using the appropriate electronic filing system. All participants in the case who are registered electronic-filing users will be served by the ACMS system.

/s/ Patrick Sean Barnacle

_____

Patrick Sean Barnacle

Attorney for Petitioner

1520 Old Henderson Rd Suite 100B
Columbus, OH 43220
lawyer@barnaclelaw.com