NO. 26-3298

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ALBERTO TRUJILLO,

Petitioner-Appellant,

v.

TODD BLANCHE, ET AL.,

Respondents-Appellees.

Appeal from the United States District Court
for the Northern District of Ohio
No. 3:26-CV-00549

RESPONDENTS-APPELLEES' MOTION FOR EXTENSION OF TIME

Respondents-Appellees Todd W. Blanche, Acting U.S. Attorney General; Kevin Raycraft, Detroit Field Office Director, U.S. Immigration and Customs Enforcement; and Markwayne Mullin, Secretary of the U.S. Department of Homeland Security, respectfully request an extension of time to file their brief in this appeal.

Respondents-Appellees request this extension because of the pending, unopposed Motion for Remand that is currently on the docket. (*See* R. 9 Mot. for

1

Remand, PageID # 1-3; R. 10 Reply to Appellees' Motion to Remand, PageID # 1-3.) In the event this Court grants the Motion for Remand, there would be no need for Respondents-Appellees to file a brief at all, because the case would be remanded for further proceedings before the district court. And in the event the Court denies the Motion for Remand, Respondents-Appellees respectfully request thirty (30) days from the date of that decision to file their brief.

For good cause shown, Respondents-Appellees ask that this Court grant an extension of time to file their brief—specifically, until thirty days after the Court decides the Motion for Remand, in the event such motion is denied.

DAVID TOEPFER
United States Attorney
Northern District of Ohio

By:     Karen E. Swanson Haan
Assistant United States Attorney
Carl B. Stokes United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
Telephone: (216) 622-3851

Attorney for Respondents-Appellees

<u>CERTIFICATE OF COMPLIANCE AND SERVICE</u>

I certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) and Fed. R. App. P. 32(g) because it has been prepared in proportionally spaced typeface using Microsoft Word, printed in 14-point Times New Roman font, and, as measured by the word processing program used to prepare the document, does not exceed 262 words, excluding the parts exempted by Fed. R. App. P. 27(a)(2)(B) and 32(f).

I further certify that on June 24, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the appellate electronic filing system. All participants in the case who are registered electronic-filing users will be served by the ACMS system.

/s/ Karen E. Swanson Haan
Karen E. Swanson Haan
Assistant United States Attorney
Carl B. Stokes United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
Telephone: (216) 622-3851