# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  June 25, 2026

Mr. Patrick Sean Barnacle
Barnacle Law Firm
1520 Old Henderson Road
Suite 100B
Columbus, OH 43220

Ms. Karen E. Swanson Haan
Office of the U.S. Attorney
801 W. Superior Avenue
Suite 400
Cleveland, OH 44113

    Re:  Case No. 26-3298
        *Alberto Trujillo v. Todd Blanche, et al*
        Originating Case No. 3:26-cv-00549

Dear Counsel,

  The appellees' motion to extend time to file the brief is DENIED AS MOOT.

  Briefing in this case will be held in abeyance temporarily pending the motion to remand.  When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Kelly Stephens, Clerk

Case Management Specialist: Jill
Direct Dial No. 513-564-7024